UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

───────────────────────────────────────

STRIPPIT, INC.,

                Plaintiff,                        **PRE-HEARING ORDER**
                                                                              09-CV-509A

      v.

KEITH COFFEE,

                Defendant.

───────────────────────────────────────

      On September 16, 2009, this Court reserved decision on plaintiff's motion for default judgment and set a hearing on damages for **September 30, 2009, at 2:00 p.m.**  On or before **September 28, 2009**, plaintiff shall provide the Court with two sets of the required submissions listed below.  One set of the required submissions should be filed electronically with the Clerk's office and the other should be brought directly to the Court's chambers.  Each submission should be filed under separate cover.

      1. <u>EXHIBITS</u>: Plaintiff shall submit a list of exhibits that it anticipates using at the hearing.  The exhibits must be pre-marked numerically on the list and any subexhibits should be pre-marked alphabetically, pursuant to Rule 79 of the U.S. District Court for the Western District of New York Local Rules of Civil Procedure ("Local Rules").

Plaintiff shall use the Court's form, a copy of which is attached, in preparing the exhibit list.

Two copies of each documentary exhibit shall be provided to the Court's chambers on or before **September 28, 2009**. Each set of copies shall be "tabbed" for reference and bound in a three-ring binder or in a similar fashion.

2. <u>WITNESS LIST</u>: Plaintiff must submit the names and addresses of all prospective witnesses, and a brief summary of their anticipated testimony including estimated duration of testimony. Failure to meet these requirements with respect to any witness may result in preclusion of testimony by that witness.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: September 17, 2009