UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

STRIPPIT, INC.,

                Plaintiff,

v.                                            Civil Action No. 09-cv-509-RJA

KEITH COFFEE,

                Defendant.
_____

## PLAINTIFF STRIPPIT, INC.'S WITNESS LIST
## FOR OCTOBER 14, 2009 HEARING CONCERNING DAMAGES

      Plaintiff Strippit, Inc. ("Strippit"), by and through its undersigned counsel, hereby identifies the witness, and expected testimony thereof, whom it intends to call at the evidentiary hearing on Strippit's Motion for a Default Judgment, currently scheduled for 3:00 p.m. on Wednesday, October 14, 2009:

      **Bruce Turner**, Strippit, Inc., 12975 Clarence Center Road, Akron, New York 14001. Mr. Turner is Plaintiff's Vice President, Finance, and Chief Financial Officer. Mr. Turner will provide an evidentiary foundation for the calculations in his August 31, 2009 Declaration, will authenticate various of Plaintiff's various business records, and will provide a foundation for summaries of those business records. Plaintiff anticipates that Mr. Turner's testimony will take between 30 and 60 minutes.

2

DATED:   Buffalo, New York          Respectfully submitted,
         October 8, 2009

                                    /s/  Gregory Zini
                                    Gregory Zini
                                    DAMON MOREY LLP
                                    *Attorneys for Plaintiff*
                                    The Avant Building, 12th Floor
                                    200 Delaware Avenue
                                    Buffalo, New York 14202
                                    Tel. (716) 856-5500
                                    Fax (716) 856-5510
                                    E-Mail:  gzini@damonmorey.com

#1376786