AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__Western__ DISTRICT OF __New York__

STRIPPIT, INC.,

V.

KEITH COFFEE

**EXHIBIT AND WITNESS LIST**

Case Number:  09-cv-509-RJA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Richard J. Arcara, U.S.D.J. | Gregory Zini | None |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| October 14, 2009 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Printout showing Plaintiff's total sales and replacement parts sales for August 2009. |
| 2 | | | | | (Composite): 7 printouts showing Plaintiff's total sales and replacement parts sales, 1/09- 7/09. |
| 3 | | | | | (Composite): 12 printouts showing Plaintiff's total sales and replacement parts sales, 2008. |
| 4 | | | | | (Composite): 12 printouts showing Plaintiff's total sales and replacement parts sales, 2007. |
| 5 | | | | | (Composite): 3 printouts showing Plaintiff's total sales and replacement parts sales, 9/06-12/06. |
| 6 | | | | | Shipment and Cost of Sales Summary, YTD July 2009 Actual. |
| 7 | | | | | Shipment and Cost of Sales Summary, YTD December 2008 Actual. |
| 8 | | | | | Shipment and Cost of Sales Summary, YTD December 2007 Actual. |
| 9 | | | | | Shipment and Cost of Sales Summary, YTD December 2006 Actual. |
| 10 | | | | | SUMMARY: Summary of Overall Sales, January 2006 through August 28, 2009. |
| 11 | | | | | SUMMARY: Summary of Replacement Part Sales, January 2006 through August 28, 2009. |
| 12 | | | | | SUMMARY: Calculation of Lost Sales and Profit. |
| 13 | | | | | Declaration of Bruce Turner dated August 31, 2009. |
| 14 | | | | | Declaration of Gregory Zini dated August 31, 2009. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages